# EXHIBIT A

**HOME OFFICE:**

**WEST VIRGINIA**
209 Capitol Street
Charleston, WV 25301

**ADDITIONAL OFFICES:**

ALABAMA

CALIFORNIA

DELAWARE

FLORIDA

IDAHO

ILLINOIS

IOWA

MASSACHUSETTS

MISSOURI

NEW JERSEY

NEW YORK

PENNSYLVANIA

TEXAS

WASHINGTON, D.C.

WEST VIRGINIA

**Toll Free: 877-852-0342**
**Facsimile: 304-342-1110**

**BAILEY GLASSER** LLP

# Introduction

Bailey & Glasser, LLP ("Bailey Glasser") was founded by Ben Bailey and Brian Glasser in Charleston, West Virginia in 1999. Since then, the firm has grown to include over 80 lawyers across 18 offices, including Charleston and Morgantown, West Virginia, as well as Alabama, California, Delaware, Pennsylvania, Florida, Massachusetts, Missouri, New Jersey, New York, Texas, Idaho, Iowa, and Washington, D.C.

Since its inception, clients have relied on Bailey Glasser to handle their most challenging and consequential legal issues, regionally and nationwide. The firm represents plaintiffs and defendants, including individuals, businesses and governments. Bailey Glasser's corporate practice handles business matters ranging from the negotiation and execution of billions of dollars in commercial transactions, to IPOs, to assisting foreign businesses with investments in U.S. assets. Lawyers throughout the country call upon the firm to access Bailey Glasser's unique blend of resources, trial experience, and expertise. Our litigation group has a substantial practice in complex multidistrict ("MDL") and class action litigation, with an emphasis on automotive defect, consumer protection, other products liability, and commercial litigation, including antitrust matters, which was particularly noted in a recent *Chambers & Partners 2021* accolade.

Bailey Glasser continues to expand its knowledge and experience in the complex MDLs and class action litigations, while maintaining numerous leadership appointments in current and previous litigations.

## Accolades include:

*National Law Journal* – 35 Most Influential Law Firms in America (2020)

*Chambers USA* (2020) – *Commercial Litigation* – Band 1

*Best Law Firms in America* - Commercial Litigation and Bet-the-Company Litigation (2020)

*Best Law Firms in America* -Best Law Firms for High Stakes Litigation (2019)

*Best Lawyers – Lawyer of the Year* – Criminal Defense: White Collar, Brian Glasser

*Forbes* - Top Corporate Law Firm (2019)

*National Trial Lawyers* – Top 100 Trial Lawyers



## Bailey Glasser Litigation Capabilities

Litigation of every kind has been the cornerstone of Bailey Glasser's success since our inception. We have initiated and defended billion-dollar actions nationwide in state courts, federal courts, and before arbitrators and mediators. Our opposing counsel has included some of the largest law firms in the country and we have emerged victorious. We represent the full spectrum of business interests and industries, from solo entrepreneurs to multi-national corporations, from coal miners to fashion designers.

Bailey Glasser's trial lawyers bring vast experience in resolving business disputes including antitrust, class actions of every kind, breach of contract, breach of fiduciary duty, tortious interference, fraud, fraudulent transfer actions, and numerous other federal and state statutes. And although at Bailey Glasser "we try cases," we also recognize that a preferred outcome may be obtained by negotiation or at an early stage in a lawsuit. Our demonstrated willingness and skill in taking cases to trial gives our clients an advantage throughout the litigation process.

> *In its 2021 USA Guide, **Chambers & Partners** notes that Bailey Glasser has an "impressive team offering experience in both defense and plaintiff representation, regularly handling litigation with significant commercial and political implications. Adept in federal bankruptcies and cases concerning the medical, legal, and financial sectors, and **has a niche antitrust practice**. Handles both regional and national matters."*



## Electronically-Stored Information Practice Group

 Another advantage we bring to our litigation practice is our unique Electronically-Stored Information ("ESI") Group that not only helps our clients drill down into discovery during cases, but also helps control costs. Bailey Glasser's Electronically Stored Information (ESI) team employs a firm command of evolving best practices, emergent technologies, and established legal principles and rules to ensure that our corporate and individual clients preserve, collect, and manage ESI, and conduct e-Discovery, with strategic confidence. Katherine Charonko, a member of this proposed team and the ESI Practice Group Leader, is a thought leader and pioneer in the field of ESI and is a Certified e-Discovery Specialist ("CEDS"), a globally recognized credential. She regularly speaks on ESI issues around the country.

Charonko has been appointed to leadership roles in e-Discovery in three multidistrict litigations and  provides efficient, cost-effective, and detail-oriented support for all significant Bailey Glasser litigations from beginning to end. Charonko's practice group evaluates technical and ESI needs; crafts litigation holds; coordinates custodial interviews; conducts document collections; implements aggressive preservation management; negotiates and drafts ESI protocols and protective orders; manages massive discovery libraries; conducts document review; navigates discovery challenges presented by the European Union's General Data Protection Regulation (GDPR) and other privacy regulations; and provides trial support.  No modern litigation can happen well without this function and Bailey Glasser is well situated to handle all e-Discovery issues that can arise.

## Representative Antitrust Cases Include:

***In re Blue Cross Blue Shield Antitrust Litigation:*** Bailey Glasser serves on the plaintiff's discovery committee of this multi-district litigation matter alleging nationwide market allocation and price-fixing antitrust violations by the Blue Cross Blue Shield Association and its members throughout the United States; currently pending before the US District Court for the Northern District of Alabama

***Comcast Set Top Cable Television Box Antitrust Litigation, MDL-2034***: Bailey Glasser served on the plaintiffs' steering committee in the MDL action alleging antitrust violations related to defendant's set-top cable box policies.

***West Virginia Paving Inc., Kelly Paving Inc., American Asphalt & Aggregate Inc.***: On behalf of the State of West Virginia, Bailey Glasser prosecuted an antitrust case against several asphalt paving contractors, including the world's largest contractor.  In 2020, after five years of litigation, Bailey Glasser negotiated a $101.35 million settlement with the 11 asphalt and paving companies – the largest, single-state antitrust settlement in West Virginia's history.

***State of West Virginia v. Microsoft Corporation***: Bailey Glasser lawyers served as special assistant attorneys general for the State of West Virginia in antitrust and consumer protection action against Microsoft Corporation; the case settled for a total value of $21 million.

***Wine and Beverage Merchants v. Mountain State Beverage, et al.:*** Bailey Glasser represented a group of West Virginia wine distributors in an antitrust action against a nationwide alcohol distributor and its West Virginia affiliate; obtained a confidential settlement within 18 months of filing.

## Representative Plaintiffs' Class Action Cases Include:

**Volkswagen "Clean Diesel" Marketing, Sales Practices, and Product Liability Litigation MDL No. 2672 CRB (JSC) (N.D. Cal.) -** Ben Bailey serves as one of twenty-three lawyers on the Plaintiffs' Steering Committee for the Volkswagen Diesel Emissions MDL pending in the Northern District of California. Bailey Glasser LLP helped settle the first round of claims in the case, involving vehicles with 2.0 liter diesel engines, for more than $15 billion. Final approval was granted for a settlement worth at least $1.2 billion for the 3.0 liter diesel engines.  A $327.5 million settlement with German auto electronics supplier Robert Bosch has also been approved.

**In Re: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation (MDL No. 2753) -** David Selby, II, serves on the Plaintiffs' Executive Committee and Kate Charonko serves as liaison director of e-Discovery for the Atrium MDL.  This MDL consolidates federal lawsuits from all across the country against Atrium Medical Corporation. The lawsuits allege that the C-Qur Mesh manufactured by Atrium is made of polypropylene with an outer coating derived from fish oil. The lawsuits claim the fish oil coating on C-Qur mesh produces an allergic or inflammatory reaction that has caused serious injuries, including, organ perforations and bowel obstructions.

**Toyota Unintended Acceleration Marketing, Sales Practices, and Product Liability Litigation** Case No.: 8:10ML2151 JVS (FMOx) (C.D. Cal.) - In 2009, Bailey Glasser LLP filed one of the first  wrongful death actions alleging sudden-acceleration defects in a Toyota Camry. Ultimately, B&G lawyers were

appointed to key MDL leadership roles in what came to be, at the time, one of the largest products liability cases ever filed. Ben Bailey served on the plaintiffs' lead counsel committee pursuing economic-loss damages; Eric Snyder serves in the same capacity on the committee pursuing personal injury claims. The firm played a leading role in developing expert testimony on the sudden acceleration defect in 2002-2010 Toyota vehicles. The economic-loss claims settled for $1.6 billion. Hundreds of personal injury claims have also been settled.

**Krakauer v. Dish Network. L.L.C.,** No. 1:14-CV-00333-CCE-JEP (M.D. NC) **-** The firm obtained a $20.5 million verdict in a class action trial against Dish Network. The class, led by class representative Dr. Thomas Krakauer of Bahama, North Carolina, alleged Dish was liable for more than 51,000 telemarketing calls placed by a defunct DISH dealer to persons whose telephone numbers were on the National Do Not Call Registry. The jury found DISH liable for all calls and awarded $400 per violation of the Telephone Consumer Protection Act.

**Brundle v. Wilmington Trust,** No. 1:15-cv-1494 (E.D. Va.)**-** Bailey Glasser LLP recovered $30 million for the participants in the Constellis Employee Stock Ownership Plan following a two-week trial. The court's decision set important new standards for ESOP trustees representing plans and participants in ESOP transactions.

**In re: Monitronics Int'l, Inc. Telephone Consumer Protection Act Litigation,** MDL No. 2493 (N.D. W. Va.) - The firm serves in both lead and liaison positions in an MDL case, In re: Monitronics Int'l, Inc. Telephone Consumer Protection Act Litigation. The MDL consolidates five putative class actions originally brought in federal courts in West Virginia, Washington, California, and Illinois. The cases allege violations of the TCPA, a federal law that strictly regulates "robocall" telemarketing and telemarketing to persons listed on the national Do Not Call Registry.

**Comcast Set-Top Cable Television Box Antitrust Litigation,** MDL No. 2034 (E.D. Pa.) - The firm serves on the Plaintiffs' Steering Committee in MDL action alleging antitrust violations related to defendant's set-top cable box policies.

**In re: Blue Cross Blue Shield Antitrust Litigation**, MDL No. 2406 (N.D. Ala.) - The firm serves on the Plaintiffs' Steering Committee in the pending MDL case alleging nationwide market allocation and price-fixing antitrust violations by the Blue Cross Blue Shield Association and its members.

**Anderson v. National City Bank (formerly Provident Bank),** No. 04-C-199 (Cir. Ct. of Mercer County, W. Va.) - The firm was brought in by a respected legal service firm six months before trial as co-lead counsel in a certified predatory-lending class action in West Virginia state court. The case settled for $8.1 million, a sum that completely paid off more than fifty mortgage loans and made additional cash payments to class members of up to $34,000 each.

**Carter v. Taurus Int'l Mfg., et al., Taurus Pistol Unintended Discharge Case -** The firm serves as co-lead counsel in a nationwide product liability class action against firearm manufacturer Taurus alleging design defects in nine pistol models that can result in unintended discharge if the pistol is dropped. Granted final approval from the U.S. District Court for the Southern District of Florida on July 22, 2016, the settlement's total possible value has been assessed to be $239 million. The terms of the settlement include a buyback or replacement of almost one million pistols, as well as additional safety training with regards to the defects alleged in the suit. The case is currently on appeal to the U.S. Court of Appeals for the Eleventh Circuit by three objectors to the settlement.

**Cummins v. H&R Block, Inc. -** In a case litigated for five years in venues ranging from the West Virginia trial and appellate courts, to federal district courts in West Virginia and Illinois, to the United States

Supreme Court, our lawyers served as lead counsel in winning a $62.5 million multistate class action settlement against H&R Block. The case involved first-impression claims relating to the application of West Virginia's credit-services organization statute to Block's refund anticipation loan product. Other firms across the country litigated cases against Block alleging similar claims, without success, for more than ten years. West Virginia's share of the settlement was $32.5 million.

**Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation,** MDL No. 2775 (D. Md.) - Mr. Selby serves on the PSC of this MDL, the cases in which allege that the metal-on-metal design of the company's R3 and BHR line of hip implants lead to tiny particles of cobalt and chromium metal alloys being shed into patients' hip joints and bodies, potentially leading to bone and tissue necrosis, toxic damage and the formation of pseudotumors. This MDL is currently in the deposition phase of discovery. Mr. Selby has an active role in preparing for and taking all the marketing related corporate witnesses' depositions.

**3M Products Liability Litigation,** MDL No. 2885 (N.D. Fl.) – Kate Charonko serves on the ESI Subcommittee. The related actions generally allege that the defendants' dual-ended Combat Arms earplugs were defective and caused the plaintiffs to develop hearing loss and/or tinnitus.

**In Re: Davol/C. R. Bard Hernia Mesh Multi-Case Management Litigation**, Case No.: 18-9999 (Superior Court R.I.) – David Selby serves on the PSC and Kate Charonko serves as liaison director of e-Discovery for the Davol/C. R. Bard Hernia Mesh Products Liability Litigation. This state court MDL consists of plaintiffs who had one or more of defendants' hernia mesh products implanted for hernia repair. It is being alleged that the polypropylene material used in defendants' hernia mesh products is unreasonably susceptible to in vivo oxidative degradation, which causes or exacerbates excessive inflammation and adverse foreign body reaction, leading to excessive shrinkage, scarification, pain and mesh deformation.

# BAILEY GLASSER LLP



Partner

## Benjamin L. Bailey

Charleston, WV
209 Capitol Street
Charleston, WV 25301
T: 304.345.6555   F: 304.342.1110
bbailey@baileyglasser.com

*Chambers USA* states, "Benjamin Bailey is exalted by market commentators as 'fantastic'…"

Ben Bailey, co-founder of Bailey Glasser, is a lawyer's lawyer. He plays a leading role in the firm's nationwide auto defects litigation cases, in complex antitrust and commercial litigation, in high-stakes appeals, and in advising and representing public officials, lawyers, and other professionals.

Ben's favorite legal habitat is the courtroom. He began his trial career as a federal prosecutor, focusing on a series of fraudulent coal tax shelter cases which recovered hundreds of millions of dollars for the U.S. Treasury. He spent the next four years as counsel to the Governor of West Virginia, and 10 years in a prominent West Virginia-based defense firm.

With Brian Glasser, Ben founded Bailey Glasser in 1999. The firm almost immediately took on the representation of the State of West Virginia, in groundbreaking environmental and constitutional litigation over mountaintop removal mining, which Ben ultimately argued and won on appeal in the Fourth Circuit.

As the firm grew, his practice expanded to include cases as diverse as representing hundreds of rural residents of West Virginia who lost their water wells to coal mining, and defending white-collar criminal cases and accused murderers. Ben and the firm also handled scores of complicated commercial litigations for plaintiffs and defendants, and advised and represented numerous lawyers and public officials in sensitive and confidential cases.

Ben's work for a family in Flint, Michigan, whose mother died after her Toyota accelerated out of control, culminated in his selection to the Plaintiffs' Steering Committee in the Toyota Sudden Acceleration MDLs in Orange County, California. That successful work was followed, in short order, by Ben's selection to the leadership of the Volkswagen Dieselgate MDL, in San Francisco, California,


the largest automobile products class action in history, which settled for more than $10 billion.

Simultaneously, Ben served as one of the coordinating lawyers in the Freedom Industries Chemical Spill case, which has a settlement process underway to provide up to $150 million to 300,000 residents and businesses in West Virginia whose water was contaminated by the spill.

More recently, Ben successfully prosecuted for the State of West Virginia, the largest antitrust case in the State's history, against the world's largest asphalt and paving company, its West Virginia subsidiary, and others. The case settled in the midst of the COVID-19 pandemic for more than $100 million.

In addition to the automotive work, Ben – with, as always, the help of his colleagues at Bailey Glasser - has successfully defended white-collar criminal cases, undertaken appeals, and orchestrated subsequent trial strategies for small and large business clients who had lost substantial trial verdicts, and continued to represent public officials and lawyers in matters both public and private. That work includes his representation of the Chief Justice of the West Virginia Supreme Court in the unprecedented investigations and/or impeachment of all five justices on that court.

## Awards & Accolades

*Chambers USA*, West Virginia; Litigation: General Commercial, Band 1 (2011 - 2024)

*Best Lawyers in America,* Bet-the-Company Litigation, Commercial Litigation, Criminal Defense: White-Collar, and Product Liability Litigation – Plaintiffs (2005 - 2025)

*Benchmark Litigation*, "Litigation Star" (2025)

"Top 100 Trial Lawyers," National Trial Lawyers

*Best Lawyers in America,* Lawyer of the Year, Criminal Defense: White Collar (2023)

*Best Lawyers in America*, Lawyer of the Year, Criminal Defense: White Collar (2011)

*Super Lawyers,* West Virginia, General Litigation, Criminal Defense: White Collar, and Environmental Litigation (2007 - 2024)

## Clerkships

Law Clerk, Hon. John T. Copenhaver, Jr., U.S. District Court for the Southern District of West Virginia (1980 - 1982)



## Government Service / Previous Employment

Counsel to the Governor of West Virginia (1984 - 1988)

Assistant U.S. Attorney for the Southern District of West Virginia (1982 - 1984)

## Practice Areas

*Energy Industry Spotlight*
Appellate & Supreme Court Practice
Arbitration & Dispute Resolution
Automotive Defects
Business Litigation
Catastrophic Personal Injury
Class Actions
Commercial Litigation
Criminal Defense & Internal Investigations
Energy - Mining
Energy - Oil & Gas
Environmental
MDL Panels
Product Liability

## Education

J.D., Harvard Law School, 1980

B.A., Washington and Lee University, 1975, *magna cum laude*

## Admissions

West Virginia
District of Columbia
Supreme Court of the United States
Supreme Court of Appeals of West Virginia



U.S. Court of Appeals for the Fourth Circuit

U.S. Court of Appeals for the District of Columbia Circuit

U.S. District Court, Northern District of West Virginia

U.S. District Court, Southern District of West Virginia

## Representative Matters

- Part of trial team representing Citynet LLC, which reached a $17.750 million settlement on behalf of the United States with Frontier and other individual defendants in a lengthy *qui tam* matter. For more visit here.

- Prosecuted and settled, for the State of West Virginia, an antitrust case against several asphalt paving contractors, including the world's largest. The case alleged that the state was a victim of an asphalt monopolization scheme over years. The case settled in the middle of the COVID-19 pandemic for more than $100 million dollars, resources desperately needed for the state's extensive highway system.

- Represented more than 300,000 residents and businesses in and around Kanawha County, West Virginia, whose drinking water was contaminated by a chemical spill in the Elk River. The settlement in the case provided up to $150 million in compensation to those individuals and businesses who lost their water during that crisis.

- Leads a team of Bailey Glasser lawyers who represent plaintiffs nationwide in automotive class actions involving defects in autonomous driving technologies, airbag control units, and engines which catch fire, among others.

- Served on the Plaintiffs' Steering Committee for the owners of more than 500,000 Volkswagens whose diesel engines contained a cheat/defeat device which hid the cars' excessive NOx emissions from federal and state regulators. The complicated overall settlements, worth more than $10 billion, involved the cars' owners, the federal government, and various state governments. The ultimate resolution removed the polluting cars from the road or fixed them, compensated the owners (and lessors) generously for their vehicles, assessed billions of dollars in fines and environmental penalties and – in related actions – resulted in the conviction and incarceration of VW officials.

- Represented a family-owned business in Maryland in a substantial coverage dispute with its insurer, and a family-owned business in West Virginia in a dispute over title to natural gas-producing land.

- Recently concluded the successful representation, on appeal, of a Plaintiffs' Steering Committee in a fee dispute with dissenting law firms in one of the largest MDLs in the United States; the appellate court's quick dismissal of the appeals enforced provisions of the trial court's underlying orders designed to prevent such disputes and hasten the resolution of these long-running cases.



## News & Insights

Bailey Glasser Recognized in 2025 Edition of Benchmark Litigation
10.17.2024

Bailey Glasser Attorneys Named to Best Lawyers in America Lists
08.19.2024

Bailey Glasser Receives Top Chambers & Partners Rankings in 2024
06.14.2024

BG Wins Writ of Prohibition Before State of West Virginia Supreme Court of Appeals
04.23.2024

Bailey Glasser Lawyers Named To *The Best Lawyers in America & Best Lawyers: Ones To Watch* 2024 Guides
08.17.2023

Citynet LLC and Frontier Resolve Federal Court Dispute for $17.750 Million
07.19.2023

Bailey Glasser Awarded Top Rankings in Chambers USA 2023 and Achieves Nationwide Rankings in ERISA and Product Liability Litigation
06.15.2023

Bailey Glasser Lawyers Named To *The Best Lawyers in America* 2023 Guide
08.18.2022

Justice Prevails Again: Bailey Glasser Secures Another Win for Governor's Pandemic Response
06.21.2022

Chambers and Partners USA Honors Bailey Glasser Lawyers in 2022 USA Guide
06.06.2022

West Virginia Supreme Court Reverses Dismissal and Remands Death by Suicide Case to Circuit Court
11.19.2021

18 Bailey Glasser Lawyers Named To *The Best Lawyers in America* 2022 Guide
08.23.2021

Chambers and Partners USA Honors Bailey Glasser Lawyers in 2021 USA Guide
06.02.2021


"Glaring Flaws": U.S. District Court Rejects Proposed Class Action Settlement of Future Roundup Claims
05.26.2021

Bailey Glasser Lawyers Recognized for Inclusion in 2021 Super Lawyers List
05.12.2021

Ninety-Three Law Firms,167 Lawyers File Brief Opposing Proposed Settlement of Future Roundup Claims
03.05.2021

Justice Prevails for A Fourth Time: Bailey Glasser Secures Another Win for Governor's Pandemic Response
12.03.2020

WV Attorney General Patrick Morrisey and Governor Jim Justice Announce $101.3M Settlement in Paving Antitrust Case
10.30.2020

Justice Prevails Again: Bailey Glasser Secures Win on Behalf of Governor
10.27.2020

Justice Prevails Again: Bailey Glasser Secures Another Dismissal on Behalf of Governor and WV Department of Health and Human Resources
10.23.2020

Justice Prevails: Bailey Glasser Wins One for Governor and WV Department of Health and Human Resources
09.25.2020

Bailey Glasser Lawyers Named to 2021 Best Lawyers
08.20.2020

Bailey Glasser Files Motion to Dismiss Suit Challenging West Virginia's Bonding System
08.14.2020

US Court of Appeals Rules Qualified Immunity Defense Not Permissible in False Claims Act Cases
06.22.2020

US Court of Appeals Affirms District Court's Ruling for Car Dealership in Insurance Dispute
05.15.2020



Bailey Glasser Attorneys Named To 2020 Super Lawyers List
05.08.2020

WVDEP Files Lawsuit Against and Obtains Special Receiver over ERP Environmental Fund
03.30.2020

Four Bailey Glasser Lawyers Appointed To Public Justice Class Action Preservation Project Committee
10.09.2019

Bailey Glasser Prevails in Volkswagen "Clean Diesel" Litigation, Secures $96.5 Million Settlement
09.05.2019

Bailey Glasser Lawyers Named to 2020 Best Lawyers
08.15.2019

Bailey Glasser Founder Ben Bailey Has Been Appointed to Executive Committee of Public Justice
07.23.2019

Bailey Glasser LLP Obtains Dismissal of Fee Appeal in Pelvic Repair MDL
07.19.2019

Bailey Glasser Ranked Nationally, and in Charleston and DC, For High-Stakes Litigation
11.02.2018

Founding Partner Benjamin Bailey Recognized in Best Lawyers in America
08.22.2018

$151 Million Freedom Chemical Spill Settlement Wins Preliminary Approval
09.28.2017

Class-Action Lawsuit Filed Against Equifax Over Security Breach
09.26.2017

Bailey Glasser Recognized as Leading Law Firm in 2017 Chambers USA Guide
06.08.2017

Bailey Glasser Attorneys Named To 2017 Super Lawyers List
04.24.2017

Bailey Glasser Investigating Jeep Cherokee/Dodge RAM Diesel Emissions Lawsuit
02.07.2017


Will A Gas Pipeline Be Passing Through Your Land?
12.22.2016

Huntington Files Antitrust Lawsuit Against Asphalt Companies
10.24.2016

Four West Virginia Cities File Antitrust Lawsuits Against Asphalt Companies
10.23.2016

West Virginia Man, Exonerated by DNA, Freed From Prison After 15 Years
10.22.2016

Federal Jury Finds Resort Owner and Ex-Wife Tried To Defraud Creditors
10.15.2016

West Virginia Department of Transportation Files Antitrust Suit Against Asphalt Companies
10.14.2016

Nursing Home Cleared in Wrongful Death Accusations
10.07.2016

Joseph Buffey's Lawyers Ask Judge to Compel State to Turn Over DNA Expert's File
10.05.2016

Ben Bailey Featured on The State Journal's Decision Makers
09.12.2016

$15 Billion Volkswagen Litigation Settlement Given Preliminary Approval
09.07.2016

Bailey Glasser Lawyers Named to 2017 Best Lawyers® List
08.17.2016

Bailey Glasser Protects School from Misguided Protesters
07.27.2016

Bailey Glasser Recognized as Leading Law Firm in 2016 Chambers USA Guide
06.23.2016

Agreement in Principle reached in Volkswagen "Clean Diesel" (Emissions Defeat Device) MDL No. 2672
04.22.2016


Volkswagen MDL Hearing
04.21.2016

Ben Bailey Named West Virginia Bar Association Fellow
03.29.2016

Appeals Court Upholds $21.2 Million Judgment in 'War of the Roses' Case
03.01.2016

Innocence Project Client Joseph Buffey To Be Released on Bond After Serving Nearly 14 Years in Prison
02.22.2016

Bailey Glasser Attorney Appointed to Volkswagen Plaintiffs Steering Committee
01.25.2016

Thomas More Law Center Loses Bid to Halt Common Core-Linked Testing in WV
01.06.2016

Public Service Commission Upholds Frontier Fiber Access Decision
12.15.2015

WV Supreme Court Denies Petition Attacking Common Core
10.20.2015

Respected Local Attorney Successfully Defended Against Malpractice Allegations
09.28.2015

Board Of Education Moves to Dismiss Delegate's Second Meritless Petition to Block Common Core
09.14.2015

Bailey Glasser Lawyers Recognized by The Best Lawyers in America 2016
08.18.2015

Citynet Victorious at Public Service Commission Proceeding
08.03.2015

Bailey Glasser Recognized as Leading Law Firm in 2015 Chambers USA Guide
05.29.2015

Circuit Court Rules for Seven Jockeys, Ending Five-Year Saga
09.15.2014



FDIC settles suit with Bank of America as Part of Largest Single-Company Settlement in US History
08.22.2014

Benjamin Bailey Presents at West Virginia Water Law CLE Event
04.04.2014

## Community and Professional Activities

Hon. John A. Field, Jr., Inn of Court

Permanent Member, Judicial Conference for the U.S. Court of Appeals for the Fourth Circuit

Fellow, American Bar Association

Fellow, West Virginia Bar Foundation

Board Member and Executive Committee, Public Justice Foundation

Vice President and Board Member of the Mountaineer Montessori School

Former Member, West Virginia Republican Party State Executive Committee

# BAILEY GLASSER LLP



Of Counsel

## Bart D. Cohen

T: 215.274.9420  F: 202.463.2103
bcohen@baileyglasser.com

Bart Cohen has over 30 years of experience in class actions and other complex litigation, with an emphasis on federal antitrust litigation earlier in his career, and with an emphasis on consumer litigation since joining Bailey Glasser.

Bart has been appointed as co-lead counsel in data breach litigation including *Barletti v. Connexin Software Inc.*, No. 2:22-cv-04676 (E.D. Pa.) (representing proposed class of over 2.9 million), *Goss v. Performance Health Technology, Ltd.*, No. 23CV34744 (Multnomah Cty. Circuit Ct.) (proposed class of over 1.7 million), and *In re Community Health Systems, Inc. Data Security Litigation*, No. 3:23-cv-00285 (M.D. Tenn.) (proposed class of over 1.1 million). The *Connexin* court approved a settlement worth $4 million in July 2024.

In *Your Towne Builders, Inc. v. Manheim Township*, Bart was one of two co-lead counsel for a certified class of real estate developers who were overcharged for connecting new construction to a municipal water system. After a bench trial and an appeal to the Commonwealth Court of Pennsylvania, the case settled for $4 million, over 80 percent of class-wide damages. *See Your Towne Builders, Inc. v. Manheim Twp.* , 303 A.3d 1126 (Pa. Commw. Ct. 2023).

Bart's proficiency in managing both practical and substantive information technology is a result of his degree in computer science as well as his experience in professional software development. Bart is a second-generation attorney, first inspired to become a lawyer by his father (who practiced for over 60 years), and now inspired by pursuing truth and justice on behalf of his clients.

Bart is a frequent contributor to legal publications, including *Law360*, *The Legal Intelligencer*, and several publications of the American and Philadelphia Bar Associations. He has been identified as "a very strong litigator" by the *Legal 500* (2009 and 2010), and was designated a "Pennsylvania Super Lawyer," a distinction awarded to only five percent of the attorneys in the state, for over a decade.



Bart is a graduate of the Georgetown University Law Center. He also graduated from the University of Pennsylvania with two bachelor's degrees, from the Wharton School and the School of Engineering and Applied Science.

## Practice Areas

Automotive Defects

Banking & Financial Services

Class Actions

Consumer Litigation

## Education

J.D., Georgetown University Law Center, 1989

B.S. and B.A.S, University of Pennsylvania, 1984

## Admissions

Pennsylvania

U.S. District Court, Eastern District of Pennsylvania

U.S. Court of Appeals for the Third Circuit

## Representative Matters

- *Barletti v. Connexin Software Inc.*, No. 2:22-cv-04676 (E.D. Pa.): After prevailing on a contested lead counsel motion, Bart is one of two co-lead counsel responsible for prosecuting this proposed class action on behalf of over 2.2 million class members, many of whom are children, whose sensitive data was exposed by the breach of an information technology services provider that serves pediatric practices nationwide.

- *In re Community Health Systems, Inc. Data Security Litigation*, No. 3:23-cv-00285 (M.D. Tenn.): Bart is co-lead counsel in this proposed class action on behalf of over 1.1 million class members, whose sensitive data was exposed by the breach of a vendor serving Community Health Systems, Inc., which operates nearly 80 hospitals in 15 states.

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720 (E.D.N.Y.): Bart played a key role in earning his prior firm a lead counsel position representing an injunctive relief class of over seven million merchants who accept Visa and Mastercard payment cards, based on his substantial earlier work on the case, and by drafting the firm's briefs in support of a hotly-contested lead counsel motion. Bart subsequently filled a role


immediately below that of co-lead counsel, taking responsibility for formulating settlement positions (which involved complex payment network rules) and managing certain dispositive briefs. We got the class certified, based in part on his advocacy related to rarely litigated issues raised by Fed. R. Civ. P. 23(b)(2).

- *In re Wawa, Inc. Data Security Litigation*, **2:19-cv-06019 (E.D. Pa.):** Bart played a key role in earning his prior New York-based firm a lead counsel position, by getting a complaint on file promptly after news of the Wawa data breach became public, and by virtue of his knowledge of the Philadelphia firms with whom they were in competition. Bart was responsible for the firm's day-to-day role in the case, in which a settlement for up to $9 million was approved.

## News & Insights

Bailey Glasser Adds Antitrust Lawyer Bart Cohen as Of Counsel in Philadelphia
10.25.2021