IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JULIAN JENKINS, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DAVITA INC.

Defendant.

Case No. 1:25-cv-01358-DDD-SBP

**JOINT STATUS REPORT ON
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to the Court's November 18, 2025 Minute Order (ECF No. 35), Plaintiffs Julian Jenkins, Lydia Perryman, Brenda Pearson, G.I., Anthony Natoli, and Gregory Leafe and Defendant DaVita Inc. ("DaVita," together with Plaintiffs, the "Parties") hereby submit to the Court a joint status report regarding their settlement efforts and Plaintiffs' preliminary approval motion.

The Parties have made great progress towards bringing Plaintiffs' Unopposed Preliminary Approval Motion before this Court but have fallen just short of getting over the goal line. Specifically, the Settlement Agreement is finalized, as are the accompanying exhibits (i.e. the class notices, claim form, and proposed order). The Unopposed Preliminary Approval Motion and supporting declaration is finalized and ready for filing.

All that remains is gathering all of the signatures on the finalized Settlement Agreement. That process is in motion, and the Parties currently have half of the signatures. However, as the evening of the Court's December 22, 2025 deadline slips away, it appears that not all signatures of the numerous Settlement Class Representatives will be in hand on this filing deadline.

As such, the Parties respectfully request that this action remain stayed for an additional nine (9) days, through and including December 31, 2025, to allow the Parties to continue gathering the necessary signatures on the Settlement Agreement, and to allow Plaintiffs to file their unopposed motion seeking preliminary approval of the same. Should the signatures be obtained before December 31, 2026 (which is the fervent hope of the Parties and Counsel), the motion will be filed well in advance of this new deadline.

Dated: December 22, 2025                    Respectfully Submitted,

*/s/ Gary Klinger*
Gary Klinger
**MILBERG PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
(866) 252-0878
gklinger@milberg.com

Bart D. Cohen
**BAILEY GLASSER LLP**
1622 Locust Street
Philadelphia, PA 19103
(215) 274-9420
bcohen@baileyglasser.com

J. Gerard Stranch, IV
Grayson Wells
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

/s/ Robert D. Greist
David L. Balser
Robert D. Griest
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
dbalser@kslaw.com
rgriest@kslaw.com

Cliff Stricklan
Jared Lax
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
(720) 535-2300
cstricklan@kslaw.com
jlax@kslaw.com

*Attorneys for Defendant DaVita Inc.*

3