**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 1:25-cv-01358-RMR-SBP

JULIAN JENKINS, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DAVITA, INC.,

Defendant.

---

**ORDER MODIFYING SETTLEMENT DEADLINES**
**AND SETTING FINAL APPROVAL HEARING**

---

On August 21, 2026, the Court entered an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and setting certain deadlines related to the Settlement.[1] *See generally* ECF No. 46. The Court's order directed the parties to, within seven days of August 21, contact the Court's chambers to set a date for the Final Approval Hearing. *See id.* at 22. Having received the parties' availability for the Final Approval Hearing and further considered the deadlines the Court previously set related to the Settlement, it is **ORDERED** that:

[1] Unless otherwise indicated herein, all capitalized terms have the meaning they are given in the proposed Settlement and Release Agreement attached as Exhibit 1 to Plaintiffs' motion. *See generally* ECF No. 38-1.

1. The deadlines set forth on pages 21 and 22 of the Court's August 21, 2026 order are **MODIFIED** as follows:

| ***Event*** | ***Deadline*** |
|---|---|
| DaVita to provide the Settlement Administrator with the Class List | September 21, 2026<br>(30 days after entry of the Preliminary Approval Order, *see* Settlement Agreement ¶ 69) |
| Long-Form Notice, Postcard Notice, and Email Notice to be posted on the Settlement Website | October 20, 2026<br>(60 days after entry of the Preliminary Approval Order, *see* Settlement Agreement ¶ 75) |
| Notice Date | October 20, 2026<br>(60 days after entry of the Preliminary Approval Order, *see* Settlement Agreement ¶¶ 21(gg), 70) |
| Class Counsel's applications to the Court for Service Awards; Attorneys' Fees, Costs, and Expenses Award; and Supplemental Attorneys' Fees Award | December 7, 2026<br>(14 days before the Objection Deadline, *see* Settlement Agreement ¶ 97) |
| Objection Deadline | December 21, 2026<br>(60 days after the Notice Date, *see* Settlement Agreement ¶¶ 21(jj), 83) |
| Opt-Out Date | December 21, 2026<br>(60 days after the Notice Date, *see* Settlement Agreement ¶¶ 21(kk), 88) |
| Settlement Administrator to provide the Parties with a list of all Opt-Outs | December 28, 2026<br>(7 days after the Opt-Out Date, *see* Settlement Agreement ¶ 91) |
| Claims Deadline | January 19, 2027<br>(90 days after the Notice Date, *see* Settlement Agreement ¶ 21(j)) |

| ***Event*** | ***Deadline*** |
|---|---|
| Final Approval Hearing | February 18, 2027 at 10:00 AM |
| Class Counsel's motion for final approval of the Settlement | At least 14 days prior to the Final Approval Hearing<br>(*See* Settlement Agreement ¶ 104) |

2. The "Effective Date" of the Settlement Agreement shall be the first Business Day after the date when all of the conditions set forth in paragraph 127 of the Settlement Agreement and its subparts have occurred.

3. The Settlement Website shall be maintained from the Notice Date until sixty (60) Days after the Effective Date.

4. Those portions of the Court's August 21, 2026 order not modified herein continue to have their full force and effect. The Court's August 21, 2026 order at ECF No. 46 is the Preliminary Approval Order described in paragraph 21(rr) of the Settlement Agreement, and August 21, 2026 is the date the Preliminary Approval Order was entered.

DATED: September 11, 2026

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge